UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2012 SEP -5 PM 3: 19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

FIRST ATLANTIC BANK, a federal savings bank,

    Plaintiff,

v.    CASE NO. 3:11-cv-416-J-20JBT

WELLS FARGO BANK, N.A., a national banking association,

    Defendant.
_____/

## ORDER

THIS CAUSE is before this Court on the parties' "Joint Motion for Enlargement of Certain Deadlines in Case Management and Scheduling Order" (Dkt. 44, filed August 27, 2012).

It is **ORDERED**:

1. The parties' "Joint Motion for Enlargement of Certain Deadlines in Case Management and Scheduling Order" (Dkt. 44, filed August 27, 2012) is **GRANTED**. The deadlines set forth in the Case Management and Scheduling Order (Dkt. 14, filed July 22, 2011) are amended as follows;

2. The discovery deadline is reset to October 15, 2012;

3. The dispositive motion deadline is extended to October 22, 2012;

4. Mediation shall be completed on or before November 1, 2012; and

5. The final pretrial statement shall be filed on or before November 15, 2012.

**DONE AND ORDERED** at Jacksonville, Florida, this 5 day of September, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE



Copies to:
J. Cameron Story, III, Esq.
Jay Brian Watson, Esq.
Jonathan Huth, Esq.
Niels P. Murphy, Esq.
David E. Cannella, Esq.